**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6902**

STEVE AUDETTE,

        Plaintiff - Appellant,

    v.

DR. NOGO; NURSE PATTERSON; C/O JOHNSON; NURSE REID,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:17-ct-03094-FL)

Submitted:  February 28, 2023                      Decided:  March 15, 2023

Before KING and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Steve Audette, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve Audette seeks to appeal the district court's order denying his motion to reopen his civil action that was previously dismissed pursuant to Fed. R. Civ. P. 41(a)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Audette v. Dr. Nogo*, No. 5:17-ct-03094-FL (E.D.N.C. May 20, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*